**REDACTED**

(08-76M)

# Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. | |
| R 3220428 | Nathaniel Shuts | 54995 | DE10 |

R 3220428

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code | Place of Offense |
|---|---|---|
| 19 Sep 07 1645 | DE TITLE 11 §621 | Bldg 300 /Family Practice /Dover AFB DE |

Offense Description: Terroristic Threatening

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone |
|---|---|---|---|
| Owens | Renee | L | (302) |

Street Address:

| City | State | Zip Code |
|---|---|---|
| Magnolia | DE | 19962 |

| Driver's License No. | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | DE | | 1968 |

| Sex: ☐ Juvenile ☒ Male ☐ Female | Eyes | Hair | Height | Weight |
|---|---|---|---|---|
| | BRN | BRN | 66 | 165 |

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | VIN | Color |
|---|---|---|---|---|---|

**A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).**

**B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).**

PAY THIS AMOUNT →

Forfeiture Amount $
+ $25 Processing Fee
Total Collateral Due $

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Court, 844 King St, Wilmington DE 19801

Date (mm/dd/yyyy)    Time (hh:mm)

X Defendant Signature: Renee D. Owens

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear at the hearing at the time and place instructed or pay the total collateral due.

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 19 Sep, 20 07 while exercising my duties as a law enforcement officer in the ____ District of DE

Your honor, while responding to an assault at Bldg. # 300 Dover AFB, DE (Med Hospital) after arrest of an AFB member between Owens and after explanation between Owens and Tuckington while waiting for arresting officer at Bldg. # 1, Owens remarks and comments to Tuckington appeared to be for causing to appear with Tuckington. Tuckington tried to talk to Owens but was advised to stop. Tuckington again stated she felt threatened by Owens remarks. Owens was ordered to depart the area. Owens continued to shout remarks to Tuckington as she departed as she departed. Threatening remarks.

The foregoing statement is based upon
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 9/19/2007
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB Scan 10/16/2007 10:57:16