IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff,           :

    v.                      :    VIOLATION NOTICE NO. _R3220428_

_Renee L. Owens_    :

    Defendant.        :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for _RENEE L. OWENS_.

                                  COLM F. CONNOLLY
                                  United States Attorney

              BY: _____
                      ROBERT T. LEAHY, Captain, USAF
                      Special Assistant United States Attorney

DATE: May 7, 2008

**IT IS SO ORDERED** this __7th__ day of __May__ 2008.

                                _____
                                HONORABLE MARY PAT THYNGE
                                United States Magistrate Judge

```
F I L E D

MAY   7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```